IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| McKESSON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07mc3370-MHT |
| | ) |
| DONNA M. PAUL, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion to Compel Defendant, Donna Paul, to Attend Deposition and Comply with Subpoena Duces Tecum, filed on October 22, 2007, and Motion for Sanctions (Doc. #2), it is

ORDERED that the motion to compel the deposition of Defendant, Donna Paul (Paul) and the motion to comply with the subpoena (Doc. #2) is GRANTED. Defendant, Paul, shall appear for a deposition at a time designated by Plaintiff. It is further

ORDERED that Paul shall file a response to the motion for sanctions **on or before November 2, 2007**. It is further

ORDERED that the parties shall appear at a hearing on the motion for sanctions on **November 7, 2007, at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this 24th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE