**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donna M. Paul
   500 Arba Street
   Montgomery, AL  36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Marcia Ely*     ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Marcia Ellens                     10/25/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07mc 3370
   #3 order

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0000 0024 9544

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540