IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA   RECEIVED

**McKesson, Inc. (a corporation)**
**Plaintiff**

2007 NOV -7 A 9:42

Civil Action: 2007 mc 03370 MHT

vs

**Rheumatology Specialists of Central AL, Inc (a corporation)**
**Donna M. Paul (an individual)**
**Defendants**

## MOTION FOR COUNTERSUIT AND SANCTIONS

**COMES NOW**, the defendant, pro'se files a motion to countersuit for $300,000 for punitive damages, harassment, loss of property and false accusation relating to wrongful lawsuit. Reasons for countersuit – Reasons outlined below

Count 1:  Donna Paul, an individual, has never entered into an agreement with McKesson

Count 2:  Donna Paul was never served, nor participated in any legal court proceedings.

Count 3:  Court case was filed in the wrong jurisdiction. Address for Donna Paul: 102 Meadow Wood, Wetumpka, AL.

Count 4:  **Violation of Federal rules of bankruptcy procedures.**

1. See attached exhibit II, date filed 8/19/2004, Chapter 7, Case # 04-32325. Plaintiff, an attorney, intentionally, knowingly, and unlawfully violated federal rules of bankruptcy procedures in U.S. Bankruptcy Court, Middle District of Alabama (Montgomery).

   On 10/26/2004, Brandi J. Whaley on behalf of McKesson Specialty, filed a notice of appearance in Bankruptcy Petition # 04-32325, Page #5, Item 20 - [Donna Paul, an individual; Address 102 Meadow Wood, Wetumpka, Alabama]. Plaintiff filed lawsuit in the United States Court, Northern District of Alabama (Birmingham) against Donna Paul, an individual, during an ongoing bankruptcy proceeding.

2. See attached exhibit I, date filed 6/24/2004, Chapter 7, Case # 04-31746. Plaintiff, an attorney, intentionally, knowingly, and unlawfully violated federal

1

rules of bankruptcy procedures in U.S. Bankruptcy Court, Middle District of Alabama (Montgomery).

On 10/26/2004, Brandi J. Whaley on behalf of McKesson Specialty, filed a notice of appearance in Bankruptcy Petition # 04-31746, Page 6, Item 26 - [Rheumatology Specialists of Central Alabama, TIN 38-3969982, located at 242 Winton Blount Loop, Montgomery, Alabama, 36117]. Plaintiff filed lawsuit in the United States Court, Northern District of Alabama, Birmingham) against Rheumatology Specialists of Central Alabama, an Alabama corporation, during an ongoing bankruptcy proceeding.

3. Judgment was rendered without properly serving or notifying Donna Paul.

Done on this 7th of November, 2007.

_____
Donna M. Paul, Pro se
102 Meadow Wood
Wetumpka, AL 36093

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the below listed party by placing a copy of the same in the United States Mail, postage prepaid and properly addressed this the 2nd day of November, 2007.

_____
Donna M. Paul, MD
Defendant, Pro'se
102 Meadow Wood
Wetumpka, Alabama 36093


Parnell & Crum, P.A.
Charles N. Parnell, III
P.O. Box 2189
Montgomery, Alabama  36102-2189
334-832-4200



# U.S. Bankruptcy Court
## Middle District of Alabama (Montgomery)
### Bankruptcy Petition #: 04-31746
Internal Use Only

*Assigned to:* William R. Sawyer
Chapter 7
Voluntary
No asset

*Date Filed:*
06/24/2004

**Rheumatology Specialists of Central Alabama, Inc.**
242 Winton Blount Loop
Montgomery, AL 36117
Tax id: 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
*Debtor*

represented by **Richard D. Lively**
Law Office of Richard D. Lively
364 East Main Street
Prattville, AL 36067
334-491-4911
Email: richarddlively@aol.com

**Teresa R. Jacobs**
U. S. Bankruptcy
Administrator
One Church Street
Montgomery, AL 36104
U.S.A.
334 954-3900
*Bankruptcy Admin.*

**Susan S. DePaola**
1726 West Second Street
Suite B
Montgomery, AL 36106
334 262-1600
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|

1

| | | |
|---|---|---|
| | | (Entered: 06/28/2004) |
| 06/27/2004 | 7 | BNC Certificate of Service - See Image Attached - (RE: related document(s)5 Order Requiring Debtor, It's Officers to File Federal Tax Returns). No. of Notices: 4. Service Date 06/27/2004. (Admin.) (Entered: 06/28/2004) |
| 07/22/2004 | 8 | Notice of Appearance and Request for Notice Filed by James G. Curenton Jr. on behalf of Florida Infusion, Inc.. (RK, ) (Entered: 07/22/2004) |
| 07/26/2004 | 9 | Notice Meeting of Creditors Continued on 8/13/2004 at 11:01 AM at Courtroom 4E, U.S. Bankruptcy Court, One Church Street, Montgomery, AL (DePaola, Susan) (Entered: 07/26/2004) |
| 08/13/2004 | 10 | Notice of Appearance and Request for Notice Filed by Richard C Dean Jr on behalf of Priority Healthcare Corporation. (Dean, Richard) (Entered: 08/13/2004) |
| 08/18/2004 | 11 | Notice Meeting of Creditors Continued on 9/10/2004 at 02:31 PM at Courtroom 4E, U.S. Bankruptcy Court, One Church Street, Montgomery, AL (DePaola, Susan) (Entered: 08/18/2004) |
| 08/26/2004 | 12 | Trustee's Motion For Sanctions *pursuant to Fed. R. Bankr. P. 9011* Filed by Susan S. DePaola on behalf of Susan S. DePaola. (DePaola, Susan) (Entered: 08/26/2004) |
| 09/06/2004 | 13 | Trustee's Amended Motion *to Impose Sanctions and Motion to Examine Debtor's Transactions with Attorney* Filed by Susan S. DePaola on |

| | | |
|---|---|---|
| | | behalf of Susan S. DePaola (RE: related document(s)12 Motion for Sanctions filed by Trustee Susan S. DePaola). (DePaola, Susan) (Entered: 09/06/2004) |
| 09/13/2004 | 14 | Notice Meeting of Creditors Continued on 10/1/2004 at 1:31 PM at Courtroom 4E, U.S. Bankruptcy Court, One Church Street, Montgomery, AL (DePaola, Susan) (Entered: 09/13/2004) |
| 09/24/2004 | 15 | NOTED SUBMISSION ERROR - (RESCHEDULE TO ANOTHER DATE) Notice of Hearing Set (RE: related document(s)13 Amended Motion,, 12 Motion for Sanctions). Hearing scheduled for 10/19/2004 at 10:00 AM at Courtroom 4D, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. (JPC, ) Modified text on 9/27/2004 (CO, ). (Entered: 09/24/2004) |
| 09/26/2004 | 16 | BNC Certificate of Service - Hearing - (RE: related document(s)15 Hearing (Bk)). No. of Notices: 2. Service Date 09/26/2004. (Admin.) (Entered: 09/27/2004) |
| 09/27/2004 | 17 | Administrative Error (Non-Image Entry) (RE: related document(s)15 Hearing (Bk), Hearing (Bk)). (CO, ) (Entered: 09/27/2004) |
| 09/27/2004 | 18 | Notice of Hearing Set (RE: related document(s)13 Amended Motion,, 12 Motion for Sanctions). Hearing scheduled for 10/26/2004 at 10:00 AM at Courtroom 4D, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. (JPC, ) (Entered: 09/27/2004) |
| 09/27/2004 | 19 | Notice of Electronic Submission Error |

4

| | | |
|---|---|---|
| | | (Non-Image Entry) (RE: related document(s)5 Order Requiring Debtor, It's Officers to File Federal Tax Returns). (CO, ) (Entered: 09/27/2004) |
| 09/27/2004 | 20 | Administrative Error (Non-Image Entry) (RE: related document(s)5 Order Requiring Debtor, It's Officers to File Federal Tax Returns). (CO, ) (Entered: 09/27/2004) |
| 09/29/2004 | 21 | BNC Certificate of Service - Hearing - (RE: related document(s)18 Hearing (Bk)). No. of Notices: 3. Service Date 09/29/2004. (Admin.) (Entered: 09/30/2004) |
| 10/20/2004 | 22 | Notice of Appearance and Request for Notice Filed by Leonard-PP N. Math on behalf of Golson Construction Co., Inc.. (Math, Leonard-PP) (Entered: 10/20/2004) |
| 10/20/2004 | 23 | Debtor's Motion to Continue/Reschedule Hearing On *October 26, 2004* Filed by Richard D. Lively on behalf of Rheumatology Specialists of Central Alabama, Inc.. (Lively, Richard) (Entered: 10/20/2004) |
| 10/22/2004 | | Deadlines terminated (RE: Entry #4. (CO, ) (Entered: 10/22/2004) |
| 10/22/2004 | 24 | NOTED SUBMISSION ERROR - INCORRECT DOCKET EVENT USED AND DOCUMENT IS SCANNED IN SIDEWAYS) Notice *of Appearance* Filed by James G. Curenton Jr. on behalf of Florida Infusion, Inc.. (Curenton, James) Modified text on 10/25/2004 (DW, ). (Entered: 10/22/2004) |

5



727OBJ

# U.S. Bankruptcy Court
# Middle District of Alabama (Montgomery)
# Bankruptcy Petition #: 04-32325
Internal Use Only

*Assigned to:* William R. Sawyer
Chapter 7
Voluntary
No asset

*Date Filed:*
08/19/2004

**Donna M. Paul**
102 Meadow Wood Court
Wetumpka, AL 36093
SSN: 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
*Debtor*

represented by **Richard D. Lively**
Law Office of Richard D. Lively
364 East Main Street
Prattville, AL 36067
334-491-4911
Email: richarddlively@aol.com

**William Donald Paul**
102 Meadow Wood Court
Wetumpka, AL 36093
SSN: 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
*Joint Debtor*

represented by **Richard D. Lively**
(See above for address)

**Teresa R. Jacobs**
U. S. Bankruptcy
Administrator
One Church Street
Montgomery, AL 36104
U.S.A.
334 954-3900
*Bankruptcy Admin.*

**Robert DeLoach Reynolds**
P. O. Box 1389
Montgomery, AL 36102
334-832-9553

1

*TERMINATED: 08/26/2004*
*Trustee*

**Daniel Gary Hamm**
235 South McDonough St.
Montgomery, AL 36104
334-269-0269
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/19/2004 | 1 | Chapter 7 Voluntary Petition. Fee Amount $209. Filed by Richard D. Lively on behalf of Donna M. Paul, William Donald Paul. (Lively, Richard) (Entered: 08/19/2004) |
| 08/19/2004 | 2 | Receipt of Voluntary Petition (Chapter 7)(04-32325) [misc,volp7a] ( 209.00) filing fee. Receipt number 1127B1049932, amount $ 209.00. (U.S. Treasury) (Entered: 08/19/2004) |
| 08/19/2004 | 3 | Declaration re: Electronic Filing Filed by Richard D. Lively on behalf of Donna M. Paul, William Donald Paul. (Lively, Richard) (Entered: 08/19/2004) |
| 08/20/2004 | 4 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 09/17/2004 at 10:00 AM in Courtroom 4E, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. The Trustee appointed to this case is Robert DeLoach Reynolds. Last day to oppose discharge or dischargeability is 11/16/2004. (Entered: 08/20/2004) |
| 08/20/2004 | | New Case Received and Reviewed for Accuracy. (JI, ) (Entered: 08/20/2004) |

| Date | No. | Description |
|---|---|---|
| 08/22/2004 | 5 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)4 Auto Assign Meeting of Creditors-Ch 7 Indiv. No Asset, ). No. of Notices: 20. Service Date 08/22/2004. (Admin.) (Entered: 08/23/2004) |
| 08/25/2004 | 6 | Trustee Rejects Appointment: I was selected Trustee in this case pursuant to the Order dated *August 20, 2004*. I reject this appointment for the following reasons: *Conflict of Interest*. Filed by Trustee Robert DeLoach Reynolds. (Reynolds, Robert) (Entered: 08/25/2004) |
| 08/26/2004 | 7 | Trustee Robert DeLoach Reynolds removed from the case. Trustee Daniel Gary Hamm added to the case. (Non-Image Entry) (RE: related document(s)[6] Trustee Rejects Appointment, ). (JC, ) (Entered: 08/26/2004) |
| 08/26/2004 | 8 | Appointing Successor Trustee. Trustee Daniel Gary Hamm added to the case, (RE: related document(s)[6] Trustee Rejects Appointment, ). (JC, ) (Entered: 08/26/2004) |
| 08/26/2004 | 9 | Amended 341 Meeting Notice - Appointing Successor Trustee Daniel Gary Hamm (RE: related document(s)[6] Trustee Rejects Appointment, ). (JC, ) (Entered: 08/26/2004) |
| 08/28/2004 | 10 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)9 Amended 341 Meeting Notice). No. of Notices: 20. Service Date 08/28/2004. (Admin.) (Entered: 08/29/2004) |
| 09/14/2004 | 11 | Notice of Appearance and Request for Notice Filed by Erich M. Ramsey on behalf of Compass Bank (Real Estate/Other) Department. (Ramsey, Erich) (Entered: 09/14/2004) |

3

| 09/20/2004 | 12 | Amended 341 Meeting Notice (RE: related document(s)4 Auto Assign Meeting of Creditors-Ch 7 Indiv. No Asset, ). Section 341(a) Meeting of Creditors to be held on 9/24/2004 at 01:30PM at Courtroom 4E, U.S. Bankruptcy Court, One Church Street, Montgomery, AL. (JC, ) (Entered: 09/20/2004) |
|---|---|---|
| 09/22/2004 | 13 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)12 Amended 341 Meeting Notice, ). No. of Notices: 23. Service Date 09/22/2004. (Admin.) (Entered: 09/23/2004) |
| 09/23/2004 | 14 | Notice of Appearance and Request for Notice Filed by Richard C Dean Jr on behalf of Priority Healthcare Corporation. (Dean, Richard) (Entered: 09/23/2004) |
| 10/04/2004 | 15 | Notice of Appearance and Request for Notice (B). (Lee, Thomas-KL) (Entered: 10/04/2004) |
| 10/04/2004 | 16 | Notice of Appearance and Request for Notice (B). (Lee, Thomas-KL) (Entered: 10/04/2004) |
| 10/18/2004 | 17 | Notice Meeting of Creditors Continued on 10/15/2004 at 1:31 PM at Courtroom 4E, U.S. Bankruptcy Court, One Church Street, Montgomery, AL (Hamm, Daniel) (Entered: 10/18/2004) |
| 10/22/2004 | 18 | Reaffirmation Agreement and Attorneys Declaration Between Debtor and AmSouth Bank *AmSouth Bank* Filed by AmSouth Bank. (Hess, Angela) (Entered: 10/22/2004) |
| 10/25/2004 | 19 | 424 (Obj/Revocation Discharge 727): Complaint against William Donald Paul, Donna M. Paul. |

4

*[Handwritten annotations: "Rule 9003 Prohibition of Ex Parte contact", "(b) United State Trustee"]*

| Date | # | Docket Entry |
|---|---|---|
| | | Receipt Number FeeDefer, Fee Amount $150. Filed by Susan S. DePaola, Trustee. (Attachments: # 1 Complaint# 2 Exhibit to Complaint# 3 Summons) (DePaola, Susan) Modified receipt on 10/26/2004 (DH, ). (Entered: 10/25/2004) |
| 10/26/2004 | 20 | Notice of Appearance and Request for Notice Filed by Brandi J. Whaley on behalf of McKesson Specialty. (Whaley, Brandi) (Entered: 10/26/2004) |
| 10/27/2004 | | Flags Set-Reset (set 727OBJ flag - Adversary case #04-3123 - Complaint to Obj/Revocation Discharge). (YP, ) (Entered: 10/27/2004) |

*[Handwritten at bottom: "In case Bankruptcy Petition #04-32325 Debtor + joint Debtor Donna M. Paul William Paul attorney Richard Lively"]*

| | | |
|---|---|---|
| 10/25/2004 | ●25 | Notice of Submission Error requiring refiling. (INCORRECT DOCKET EVENT USED AND ALSO DOCUMENT IS SCANNED IN SIDEWAYS - PLEASE USE NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND RESCAN DOCUMENT CORRECTLY) Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed. (RE: related document(s)24 Notice). Incomplete Filings due by 11/1/2004. (DW, ) (Entered: 10/25/2004) |
| 10/26/2004 | ●26 | Notice of Appearance and Request for Notice Filed by Brandi J. Whaley on behalf of McKesson Specialty. (Whaley, Brandi) (Entered: 10/26/2004) |
| 10/27/2004 | | Matter Under Advisement Re: (RE: related document(s)13 Amended Motion,, 12 Motion for Sanctions). Matter Under Advisement Due by 10/27/2004. (Sawyer, William) (Entered: 10/27/2004) |
| 10/27/2004 | ●27 | Order Denying Motion To Continue/Reschedule Hearing On (Related Doc # 23) Entered On 10/27/2004. (Sawyer, William) (Entered: 10/27/2004) |
| 10/27/2004 | ●28 | NOTED SUBMISSION ERROR - DOCUMENT IS SCANNED IN SIDEWAYS - FILER NOTIFIED TO FEFILE DOCUMENT. Notice of Appearance and Request for Notice Filed by James G. Curenton Jr. on behalf of Florida Infusion, Inc.. (Curenton, James) Modified text on 10/28/2004 (CO, ). (Entered: 10/27/2004) |
| 10/28/2004 | ●29 | Proceeding Memo (Motion Denied. SO ORDERED). (RE: related document(s)23 Motion |

6

| | | |
|---|---|---|
| | | to Continue/Reschedule Hearing,. (CO, ) (Entered: 10/28/2004) |
| 10/28/2004 | | Deadlines terminated (Language Deficiency Re: Entry #[25]). (CO, ) (Entered: 10/28/2004) |
| 10/28/2004 | 30 | Notice of Submission Error requiring refiling.(DOCUMENT IS SCANNED IN SIDEWAYS - PLEASE RESCAN CORRECTLY AND RESUBMIT DOCUMENT). Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed. (RE: related document(s)28 Notice of Appearance, ). Incomplete Filings due by 11/4/2004. (CO, ) (Entered: 10/28/2004) |
| 10/28/2004 | 31 | Notice of Electronic Submission Error (Non-Image Entry) (RE: related document(s)28 Notice of Appearance, ). (CO, ) (Entered: 10/28/2004) |
| 10/29/2004 | 32 | Notice of Appearance and Request for Notice Filed by James G. Curenton Jr. on behalf of Florida Infusion, Inc.. (Curenton, James) (Entered: 10/29/2004) |
| 10/31/2004 | 33 | NOTED SUBMISSION ERROR - PDF WAS NOT SIGNED BY TRUSTEE - FILER NOTIFIED. Trustee's Motion for 2004 Examination of Donna Paul Filed by Susan S. DePaola on behalf of Susan S. DePaola. (DePaola, Susan) Modified text on 11/1/2004 (CO, ). (Entered: 10/31/2004) |
| 10/31/2004 | 34 | Trustee's Motion for 2004 Examination *of William Paul* Filed by Susan S. DePaola on behalf of Susan S. DePaola. (DePaola, Susan) (Entered: 10/31/2004) |

7

| Date | # | Description |
|---|---|---|
| 11/01/2004 | 35 | Notice of Submission Error (Non-Image Entry) Filed by Susan-HP DePaola on behalf of Susan S. DePaola (RE: related document(s)33 Motion for Examination filed by Trustee Susan S. DePaola). (DePaola, Susan-HP) (Entered: 11/01/2004) |
| 11/01/2004 | 36 | Motion for 2004 Examination *of Donna Paul* Filed by Susan-HP DePaola on behalf of Susan S. DePaola. (DePaola, Susan-HP) (Entered: 11/01/2004) |