IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| McKESSON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07mc3370-MHT |
| | ) |
| DONNA M. PAUL, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Compel Defendant, Donna Paul, to Attend Deposition and Comply with Subpoena Duces Tecum, filed on April 10, 2008, and Motion for Sanctions (Doc. #9), it is

ORDERED that the parties shall appear at a hearing on the motion on April 16, 2008, **at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this 10th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE