IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| McKESSON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07mc3370-MHT |
| | ) |
| DONNA M. PAUL, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of Defendant's Motion to Continue (Doc. #11), filed on April 15, 2008, it is

ORDERED that **the hearing set for April 16, 2008, is RESET to** April 29, 2008, **at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.  It is further

ORDERED that **ALL** parties shall appear at a hearing.  **Defendant's failure to appear at the hearing may result in sanctions.  NO OTHER CONTINUANCES WILL BE GRANTED.**

DONE this 15th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE