IN THE UNITED STATE DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

McKESSON CORPORATION

PLAINTIFF,

v.   Case Civil Action No.: 2:07mc-03370-MHT

DONNA M. PAUL, an individual and

RHEUMATOLOGY SPECIALISTS OF

CENTRAL ALABAMA, INC.,

DEFENDANTS.

## MOTION TO DISMISS

OR

**MOTIONS FOR** CONTINUATION, TO BE HEARD BY DISTRICT JUDGE, CONFLICT DISCLOSURE STATEMENT (Pursuant to the Federal Rules of Civil Procedure 7.1), CERTIFICATE OF SERVICE TO DEFENDANTS WITHIN THE JURISDICTION (Pursuant to the Federal Rules of Civil Procedure) AND MOTION TO SANCTION PLAINTIFF (Pursuant to the Federal Rules 1007 of Bankruptcy Procedure)

COMES NOW, the defendant, by and through Pro'se Donna Paul, is filing above MOTIONS 1or 2 in the above-styled cause, and as grounds, states as follows:

## MOTION TO DISMISS

Case Civil Action No.: 2:07mc-03370-MHT. MOTION FOR ORDER COMPELLING DEFENDANT, DONNA M. PAUL TO ATTEND DEPOSITION AND COMPLY WITH SUBPOENA DUCES TECUM AND MOTION FOR SANCTION both motions have been heard by WALLACE CAPEL , JR. UNITED STATES MAGISTRATE JUDGE and DISMISS after defendant appeared for court hearing and Plaintiff attorney

1

did not. In retrospect, during the hearing, the Judge order his Assistant to call the Plaintiff Attorney, Charles N. Parnell office, while the defendant waited, this continue for several minutes without making contact with the attorney. Eventually, the Judge assistant was able to contact the Plaintiff attorney of record (In another jurisdiction) who spoke with the judge by telephone and stated that he had no knowledge of the case before the courts. WALLACE CAPEL, JR. UNITED STATES MAGISTRATE JUDGE DISMISS the case.

OR

**Motions for** CONTINUATION, Defendant is a Medical Doctor that lives in Georgia who received notification on April 15, 2008 of the court hearing set for 10:00 a.m. April 16, 2008 with less than thirty hours (30) time frame to obtain legal representation, to contact my new employer, and to change all patients appointments.

TO BE HEARD BY DISTRICT JUDGE, CONFLICT DISCLOSURE STATEMENT (Pursuant to the Federal Rules of Civil Procedure 7.1), and CERTIFICATE OF SERVICE TO DEFENDANTS WITHIN THE JURISDICTION (Pursuant to the Federal Rules of Civil Procedure) AND MOTION TO SANCTION PLAINTIFF (Pursuant to the Federal Rules 1007 Of Bankruptcy Procedure) the attorney of record is the same attorney that represented the Plaintiff when <u>Defendant Filed Motion to Sanction Plaintiff Attorney in Bankruptcy Court for Violation of Bankruptcy Rules</u>: The Plaintiff, was a creditor in Bankruptcy Court in Middle District of Alabama Case No. 04-32325-WRS Chapter 7 and Case No 04-31746-WRS and during the proceeding the Plaintiff attorney filed the current civil action in CVOR-H-210-S., the Jurisdiction of the United States District Court for Northern District Of Alabama without serving the defendant.

Respectfully submitted this 15th day of April, 2008.

Donna M. Paul, MD
Defendant, Pro'se
1003 Laddington Ln
Peachtree City, GA 30269

2

(770-632-5883)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the below listed party by placing a copy of the same in the United States Mail, postage prepaid and properly addressed this the 15th day of April, 2008.

Donna M. Paul, MD

Defendant, Pro'se

1003 Laddington Ln

Peachtree City, GA 30269

(770-632-5883)

Parnell & Crum, P.A.

Charles N. Parnell, III

P.O. Box 2189

Montgomery, Alabama  36102-2189

334-832-4200

3





**PARNELL & CRUM, P.A.**
ATTORNEYS AT LAW
P.O. BOX 2189
MONTGOMERY, AL 36102-2189

RETURN SERVICE REQUESTED

Donna M. Paul
1003 Laddington Lane
Peachtree City, Georgia 30269

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

7007 2680 0003 1842 3467

Donna M. Paul
1003 Laddington Lane
Peachtree City, GA  30269