IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

McKESSON CORPORATION,      )
                             )
       Plaintiff,         )
                             )
v.                         )     CIVIL ACTION NO. 2:07mc3370-MHT
                             )
DONNA M. PAUL, *et al.*      )
                             )
       Defendants.      )

## ORDER ON MOTION

On April 18, 2008, Plaintiff filed a Motion for a Continuance (Doc. #14),[1] which she previously filed in its entirety on April 15, 2008 (Doc. #11). Because the Court has ruled on the motion for a continuance already, Order of April 15, 2008 (Doc. #12), it is

ORDERED that the duplicative Motion for a Continuance (Doc. #14) is DENIED as MOOT.

DONE this 24th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court observes Plaintiff entitled this matter: "Motion to Dismiss or Motion for Continuation." The Court construes this motion as a motion for a continuance.