**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donna M. Paul
   1003 Laddington Lane
   Peachtree City, GA 30269

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   1/8/4/8

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☒ No

   2:07mc 3370
   # 16 order                      MAR 26 2014

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2680 0003 1842 2651

PS Form 3811, February 2011    Domestic Return Receipt    102595-02-M-1540