IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| McKESSON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07mc3370-MHT |
| | ) |
| DONNA M. PAUL, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

On April 29, 2008, the Court held a hearing on Plaintiff's Motion to Compel Defendant, Donna Paul, to Attend Deposition and Comply with Subpoena Duces Tecum, filed on April 10, 2008, and Motion for Sanctions (Doc. #9). For the reasons stated on the record, it is

ORDERED the motion (Doc. #9) is GRANTED IN PART and DENIED IN PART. The motion is granted to the extent that Donna Paul shall appear at a deposition scheduled for May 8, 2008, at 6:00 p.m. central time. The Motion for Sanctions is DENIED without prejudice.

DONE this 29th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE